

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 11, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Alvino Fountain*, 21 Mag. 1435

Dear Judge Krause:

  The complaint in the above-referenced case was originally filed under seal. On February 8, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

        By: /s/ Derek Wikstrom
          Derek Wikstrom
          Assistant United States Attorney
          Tel: (914) 993-1946

SO ORDERED:

*/s/ Andrew E. Krause*
_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
February 11, 2021